TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (ID Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:24-cv-00136-SLG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants U.S. Bureau of Land Management, et al, hereby move for an extension of time to respond to Plaintiff's Complaint. The Complaint and summons were served in accordance with Fed. R. Civ. P. 4 on July 3, 2024. The response to the complaint is therefore presently due September 3, 2024. However, Defendants need additional time to complete review of the answer within the Department of the Interior, and thus seek a 14-day extension of the deadline to answer or respond to the Complaint to September 17,

2024. Counsel have conferred and Plaintiff does not oppose the requested extension.

Respectfully submitted,

DATED: September 3, 2024.
        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE
        Trial Attorney, Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        202-532-5994 || 202-305-0275 (fax)
        paul.turcke@usdoj.gov

        *Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
LINDSAY CRONIN
Office of the Solicitor
United States Department of the Interior

## CERTIFICATE OF SERVICE

    I hereby certify that on September 3, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                      */s/ Paul A. Turcke*
                      Paul A. Turcke