Matthew T. Findley, ABA #0504009
ASHBURN & MASON, P.C.
1227 W. Ninth Ave., Suite 200
Anchorage, Alaska 99501
907-276-4331
matt@anchorlaw.com

*Attorneys for Plaintiff VOICE of the Arctic Iñupiat*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; and STEVEN COHN, in his official capacity of Alaska State Director of Bureau of Land Management,<br><br>Defendants. | Case No. 3:24-cv-00136-SLG |

## PLAINTIFF'S RESPONSE TO SECOND MOTION TO INTERVNE

On October 7, 2024, a second motion to intervene was filed by Friends of the Earth, the Wilderness Society, the National Audubon Society, and the Natural Resources Defense Council (collectively the "Second Movants").[1] Plaintiff filed a non-opposition to the previous motion to intervene of a prior group of similarly situated environmental nongovernmental organizations represented by Trustees for Alaska, provided they agree to

---

[1] Dkt. 19.

PLAINTIFF'S RESPONSE TO SECOND MOTION TO INTERVENE
*Voice of the Arctic Iñupiat v. Bureau of Land Management, et al*. Case No. 3:24:cv-00136-SLG
Page **1** of 2

abide by the Court's procedural schedule. Plaintiff similarly does not oppose the Second Movants motion to intervene provided they too comply with the Court-ordered schedule in this case. However, Plaintiffs is concerned about the direct overlap in interest between the two movant groups and the potential for duplicative briefing. Accordingly, plaintiffs respectfully request that the Court consider appropriate limitations on the participation of both sets of proposed interveners to avoid duplication in briefing and to ensure efficient case management.

DATED this 21st day of October 2024, at Anchorage, Alaska

ASHBURN & MASON, P.C.

By: s/*Matthew T. Findley*
Matthew T. Findley
Alaska Bar No. 0504009

**CERTIFICATE OF SERVICE**

This is to certify that on October 21, 2024, the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

s/*Maarit Cain*
Maarit Cain

PLAINTIFF'S RESPONSE TO SECOND MOTION TO INTERVENE
*Voice of the Arctic Iñupiat v. Bureau of Land Management*, *et al*. Case No. 3:24:cv-00136-SLG
Page **2** of **2**

Case 3:24-cv-00136-SLG   Document 23   Filed 10/21/24   Page 2 of 2