# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

VOICE OF THE ARCTIC IÑUPIAT,

    Plaintiff,

    v.

BUREAU OF LAND MANAGEMENT, *et al.*,

    Defendants,

    and

NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00136-SLG

## ORDER RE MOTIONS TO INTERVENE

Before the Court at Docket 13 is a Motion to Intervene filed by the Northern Alaska Environmental Center, Alaska Wilderness League, Environment America, and Sierra Club pursuant to Federal Rule of Civil Procedure 24. Plaintiff Voice of the Arctic Iñupiat filed its non-opposition at Docket 20.

Also before the Court at Docket 21 is a Motion to Intervene filed by Friends of the Earth, The Wilderness Society, National Audubon Society, Natural Resources Defense Council. Plaintiff Voice of the Arctic Iñupiat filed its non-

opposition at Docket 23.[1]

Upon due consideration, the Motions to Intervene at Docket 13 and Docket 21 are hereby **GRANTED**. Clean, previously undocketed versions of Intervenor-Defendants' Answers (Docket 13-8 and Docket 21-11) shall be filed by **October 31, 2024**. The case caption is amended as set forth above.

The Court also modifies the briefing schedule to allow an additional week for Intervenor-Defendants' response briefs. The briefing schedule at Docket 15 is modified as follows: Plaintiffs' opening brief is due February 14, 2025; Defendants' response brief is due April 11, 2025; Intervenor-Defendants' response briefs are due **April 18, 2025**; and Plaintiffs' reply brief is due **May 16, 2025**.

DATED this 24th day of October 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] In its non-opposition, Plaintiff "request[s] that the Court consider appropriate limitations on the participation of both sets of proposed interveners to avoid duplication in briefing and to ensure efficient case management." Docket 23 at 2. Because Plaintiff has not adequately demonstrated the need for court-ordered limitations, the Court declines to grant this request at this time.

Case No. 3:24-cv-00136-SLG, *Voice of the Arctic Iñupiat v. BLM, et al.*
Order re Motions to Intervene
Page 2 of 2
Case 3:24-cv-00136-SLG   Document 25   Filed 10/25/24   Page 2 of 2