# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>   Plaintiff,<br> v.<br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>   Defendants. | Case No. 3:24-cv-00136-SLG |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>   Plaintiff,<br> v.<br>DEPARTMENT OF INTERIOR, *et al.*,<br><br>   Defendants. | Case No. 3:24-cv-00142-SLG |
| NORTH SLOPE EXPLORATION, LLC, *et al.*,<br><br>   Plaintiffs,<br> v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>   Defendants. | Case No. 3:24-cv-00143-SLG |

STATE OF ALASKA,

        Plaintiffs,

        and

ALASKA OIL & GAS ASSOCIATION,

        Intervenor-Plaintiff,

        v.

BUREAU OF LAND MANAGEMENT, *et al.*

        Defendants.

Case No. 3:24-cv-00144-SLG

---

NORTH SLOPE BOROUGH,

        Plaintiffs,

        v.

BUREAU OF LAND MANAGEMENT, *et al*.

        Defendants.

Case No. 3:24-cv-00145-SLG

## ORDER RE JOINT MOTION TO ADDRESS SCHEDULING

Defendants' Unopposed Motion for Extension of Time, Docket 37 in Case No. 3:24-cv-00136-SLG, Docket 34 in Case No. 3:24-cv-00142-SLG, Docket 36 in Case No. 3:24-cv-00143-SLG, Docket 52 in Case No. 3:24-cv-00144-SLG, and Docket 41 in Case No. 3:24-cv-00145-SLG, are hereby GRANTED.
Case No. 3:24-cv-00136-SLG, *Voice of the Arctic Iñupiat v. BLM, et al.*
Case No. 3:24-cv-00142-SLG, *ConocoPhillips Alaska, Inc. v. Department of Interior, et al.*
Case No. 3:24-cv-00143-SLG, *North Slope Exploration, et al. v. U.S. Dept. of Interior, et al.*
Case No. 3:24-cv-00144-SLG, *SOA v. BLM, et al.*
Case No. 3:24-cv-00145-SLG, *North Slope Borough v. BLM, et al.*

IT IS ORDERED that the following schedule shall govern further proceedings in each of the above-captioned cases:

Plaintiffs file opening briefs: **April 16, 2025.**

Defendants file combined response brief: **July 10, 2025.**

Intervenor-Defendants file combined response briefs: **July 28, 2025.**

Plaintiffs file reply briefs: **August 27, 2025.**

The remaining provisions of the prior scheduling orders addressing combined briefing and page limits shall remain in effect.

DATED this 12th day of March 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00136-SLG, *Voice of the Arctic Iñupiat v. BLM, et al.*
Case No. 3:24-cv-00142-SLG, *ConocoPhillips Alaska, Inc. v. Department of Interior, et al.*
Case No. 3:24-cv-00143-SLG, *North Slope Exploration, et al. v. U.S. Dept. of Interior, et al.*
Case No. 3:24-cv-00144-SLG, *SOA v. BLM, et al.*
Case No. 3:24-cv-00145-SLG, *North Slope Borough v. BLM, et al.*
Page 3 of 3
Case 3:24-cv-00136-SLG    Document 38    Filed 03/13/25    Page 3 of 3