ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:24-cv-00136-SLG |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. 3:24-cv-00142-SLG |
| NORTH SLOPE EXPLORATION, LLC, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. 3:24-cv-00143-SLG |

*Voice of the Arctic Iñupiat v. BLM, et al*   Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES                                                                  1

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>        Intervenor-Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00144-SLG |
| NORTH SLOPE BOROUGH,<br><br>        Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00145-SLG |

## **UNOPPOSED JOINT MOTION TO STAY CASES**

Defendants, Bureau of Land Management, et al., Plaintiffs, and Intervenor-Plaintiff, respectfully move to stay all case deadlines in the above-captioned related cases pending completion of the proposed regulatory action set forth at 90 Fed. Reg. 23507 (June 3, 2025).

These cases challenge a Final Rule titled "Management and Protection of the National Petroleum Reserve in Alaska." *See* 89 Fed. Reg. 38,712 (May 7, 2024) (the "NPR-A Rule"). Following previous extensions, Plaintiffs' and Intervenor-Plaintiff's opening briefs are due June 16, 2025. *See* Order on Unopposed Mot. for Extension of Time, ECF No. 42 (Case No. 3:24-cv-00136-SLG).

*Voice of the Arctic Iñupiat v. BLM, et al*     Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES                                                                                                                                                                                                                    2

Case 3:24-cv-00136-SLG     Document 43     Filed 06/10/25     Page 2 of 7

A stay of this litigation is warranted because on June 3, 2025, Defendants issued notice of a proposed rule to rescind the NPR-A Rule. *See* 90 Fed. Reg. 23507 (June 3, 2025). The notice provides for a 60-day public comment period. After the close of the public comment period, Defendants will respond to comments and finalize the rule. The time it takes to issue the final rule will largely be dependent on the number and complexity of the comments received and whether Defendants determine that those comments necessitate any changes to the proposed rule. Nevertheless, Defendants will endeavor to finalize the rule as soon as possible.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). In determining whether to grant a motion to stay, "the competing interests which will be affected by the granting or refusal to grant a stay must be weighed." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005). Those interests include: (A) "the possible damage which may result from the granting of a stay," (B) "the hardship or inequity which a party may suffer in being required to go forward," and (C) "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Id.*

These standards are met here. The proposal to rescind the challenged NPR-A Rule provides good cause to stay the pending deadlines in these related cases. The completion

*Voice of the Arctic Iñupiat v. BLM, et al*     Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES     3

Case 3:24-cv-00136-SLG     Document 43     Filed 06/10/25     Page 3 of 7

of the rulemaking process may obviate the need for further litigation and thereby conserve judicial, public, and private resources, and promote the efficient and orderly disposition of these cases.

In light of the foregoing, Defendants, Plaintiffs, and Intervenor-Plaintiff respectfully request that the Court issue an order setting the following modified deadlines for further proceedings:

1. All existing deadlines in these related cases are stayed pending further order from the Court.

2. Plaintiffs, Intervenor-Plaintiff, and Defendants shall submit a joint status report within 30 days after completion of the rulemaking process described in 90 Fed. Reg. 23507 (June 3, 2025), or within 60 days after close of the public comment period on the proposed rule, whichever occurs first.

Counsel have conferred, and the Intervenors-Defendants in the above captioned cases take no position on this motion.

Respectfully submitted,

DATED: June 10, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

*Voice of the Arctic Iñupiat v. BLM, et al*    Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES    4

Case 3:24-cv-00136-SLG    Document 43    Filed 06/10/25    Page 4 of 7

Of Counsel:

JOSHUA HANSON
LINDSAY CRONIN
Office of the Solicitor
United States Department of the Interior

          ASHBURN & MASON, P.C.

          */s/ Matthew T. Findley* (consent)
          Matthew T. Findley (AK Bar No. 0504009)
          1227 W. Ninth Ave., Suite 200
          Anchorage, AK 99501
          907-276-4331
          matt@anchorlaw.com

*Counsel for Plaintiff* (No. 24-cv-136)

          STOEL RIVES LLP

          */s/ Jason T. Morgan* (consent)
          RYAN P. STEEN, Bar No. 0912084
          ryan.steen@stoel.com
          JASON T. MORGAN, Bar No. 1602010
          jason.morgan@stoel.com

*Attorneys for Plaintiff ConocoPhillips Alaska, Inc.* (No. 24-cv-142)

          */s/ Theresa Sauer* (consent)
          Theresa Sauer (admitted *pro hac vice*)
          Malinda Morain (admitted *pro hac vice*)
          BEATY & WOZNIAK, P.C.
          1675 Broadway Street, Suite 600
          Denver, CO 80202
          303-407-4499
          tsauer@bwenergylaw.com
          mmorain@bwenergylaw.com

*Attorneys for Plaintiffs* (No. 24-cv-143)

*Voice of the Arctic Iñupiat v. BLM, et al*     Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES    5

Case 3:24-cv-00136-SLG   Document 43   Filed 06/10/25   Page 5 of 7

TREG TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Ryan E. Farnsworth (Alaska Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
ron.opsahl@alaska.gov
ryan.farnsworth@alaska.gov

By: */s/ Kathleen C. Schroder* (consent)
Kathleen C. Schroder (admitted *pro hac vice*)
Mark E. Champoux (admitted *pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
303-892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Attorneys for the State of Alaska*
(No. 24-cv-144)

*/s/ Kevin Wynosky* (consent)
PAUL D. CLEMENT (admitted *pro hac vice*)
 *Counsel of Record*
ANDREW C. LAWRENCE (admitted *pro hac vice*)
KEVIN WYNOSKY (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
paul.clement@clementmurphy.com

*Counsel for Intervenor-Plaintiff
Alaska Oil and Gas Association*
(No. 24-cv-144)

*Voice of the Arctic Iñupiat v. BLM, et al*    Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES                                                                  6

Case 3:24-cv-00136-SLG    Document 43    Filed 06/10/25    Page 6 of 7

/s/ Tyson C. Kade  (consent)
Tyson C. Kade, D.C. Bar No. 1018014
Melinda Meade Meyers
*Pro Hac Vice*
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
202-298-1800
tck@vnf.com
mmm@vnf.com

*Counsel for Plaintiff North Slope Borough*
(No. 24-cv-145)

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke

*Voice of the Arctic Iñupiat v. BLM, et al*   Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
JOINT MOTION TO STAY CASES   7

Case 3:24-cv-00136-SLG   Document 43   Filed 06/10/25   Page 7 of 7